**Order filed, July 18, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00429-CR
## 14-12-00432-CR

_____

**CHARLES ALLEN DONELLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District court**
**Montgomery County, Texas**
**Trial Court Cause No. 11-12-13328-CR & 11-12-13327-CR**

## ORDER

The reporter's record in this case was due **May 21, 2012**, 2012. *See* Tex. R. App. P. 35.1. On **June 5, 2012**, this court GRANTED the motion for extension of time to file the reporter's reporter on or before **June 20, 2012**. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Heather Deiss**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Heather Deiss** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM